**In re Elmer C. CONNORS.**

Supreme Judicial Court of Maine.

Argued May 10, 1988.

Decided May 31, 1988.

John D. Bunker (orally), Paine, Lynch & Harris, Bangor, for plaintiff.

Alfred P. Bachrach (orally), Pittsfield, for defendant.

Edward C. Russell (orally), Bangor, for Guardian Ad Litem.

---

Before McKUSICK, C.J., ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

## MEMORANDUM OF DECISION.

Elmer C. Connors appeals from the judgment of the Probate Court, Penobscot County, appointing a guardian to act on his behalf. We affirm the decision of the Probate Court. Whether a guardian should be appointed is within the sound discretion of the probate judge. *See Estate of Peter C.*, 488 A.2d 468 (Me.1985); *Matter of Howes*, 471 A.2d 689 (Me.1984). Connors has failed to establish on the scant record before us that the probate judge acted in excess of that discretion.

The entry is:

Judgment Affirmed.

All concurring.